1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9
WILLIAM PEARSON,                          )

10                                              )    1:06cv0826 DLB
                                              )
11                                              )    ORDER DISCHARGING ORDER TO
                                              )    SHOW CAUSE
12                                              )    (Document 16)
                                              )
13                    Plaintiff,                )
                                              )
14            vs.                               )
                                              )
15   JO ANNE BARNHART, Commissioner,            )
                                              )
16                    Defendant.                )
                                              )
17   _____)

18            On June 27, 2006, Plaintiff filed the present action for judicial review of the denial of Social

19   Security benefits.  On February 27, 2007, after Plaintiff failed to file an opening brief pursuant to the

20   Scheduling Order, the Court issued an order to show cause why the action should not be dismissed.

21            Plaintiff filed his response on March 16, 2007, along with his opening brief.  Plaintiff's

22   counsel explains that the brief was not timely filed because of a calendaring error.

23            The order to show cause is DISCHARGED.  Plaintiff is GRANTED an extension of time,

24         IT IS SO ORDERED.

25      **Dated:   March 19, 2007**                _____ **/s/ Dennis L. Beck**_____
     3b142a                                        UNITED STATES MAGISTRATE JUDGE
26

27

28                                                      1